

KIMBERLY M. LARGE<br>
Phone: (302) 421-6826<br>
Fax: (302) 421-5883<br>
klarge@saul.com<br>
www.saul.com

March 2, 2005

**By CM/ECF Electronic Filing**

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 31
Wilmington, DE  19801

      Re:    **TW, Inc. f/k/a Cablevision Electronics Investments, Inc. v. Paramount Home Entertainment, Inc., f/k/a Paramount Home Video, Inc., Civ. No. 05-018 (SLR)**

Dear Judge Robinson:

      Please find enclosed the revised draft discovery plan discussed in today's teleconference. Counsel for both parties has reviewed the enclosed. I am available should Your Honor have any questions prior to the June 28th status conference.

      Respectfully submitted,

      /s/ Kimberly M. Large

      Kimberly M. Large (#4422)

Enclosure
cc:    Clerk of District Court (w/ encl.)
      James C. Carignan, Esq. (w/ encl.)
      Edward T. Attanasio, Esq. (w/ encl). (via First Class Mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON