# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TW, INC., f/k/a Cablevision Electronics Investments, Inc., | : | Bk. Case No. 03-10785 (MFW) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| TW, INC., f/k/a Cablevision Electronics Investments, Inc., | : | |
| | : | |
| Plaintiff, | : | Civ. No. 05-018 (SLR) |
| | : | |
| v. | : | |
| | : | |
| PARAMOUNT HOME ENTERTAINMENT, INC., f/k/a Paramount Home Video, Inc., | : | |
| | : | Related to Docket No. 12 |
| Defendant. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I, Kimberly M. Large, Esquire, hereby certify that on March 28, 2005, copies of the Order entered by the Court in the matter above on March 24, 2005, were served via U.S. Mail on the parties listed on the attached service list.

    /s/ Kimberly M. Large
Kimberly M. Large (No. 4422)
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899-1266
302-421-6826

Attorney for Plaintiff

518425.1 3/28/05

**Service List**

James C. Carignan, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Edward A. Attanasio, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
2121 Avenue of the Stars
Thirty-Third Floor
Los Angeles, California  90067

518425.1 3/28/05