IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TW, INC. f/k/a Cablevision Electronics Investments, Inc., | : | Case No. 03-10785 (MFW) |
| | : | |
| Debtor. | : | |
| | : | |
| TW, INC. f/k/a Cablevision Electronics Investments, Inc., | : | |
| | : | Civ. No. 1: 05-cv-00018-SLR |
| Plaintiff, | : | |
| v. | : | |
| Paramount Home Entertainment, Inc. f/k/a Paramount Home Video, Inc., | : | |
| Defendant. | : | |

## STIPULATED DISMISSAL

**NOW COMES** plaintiff TW, Inc. f/k/a Cablevision Electronics Investments, Inc. and defendant Paramount Home Entertainment, Inc. f/k/a Paramount Home Video, Inc. by and through their undersigned counsel and hereby both parties stipulate that this action shall be dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a).

524129.1 **7/24/05**

Dated: July 28, 2005

BY: _____
Mark Minuti (No. 2659)
Linda Richenderfer (No. 4138)
Kimberly M. Large (No. 4422)
**SAUL EWING, LLP**
222 Delaware Ave., Suite 1200
Wilmington, DE 19801
Telephone (302) 421-6826
Facsimile (302) 421-5883

Counsel for Plaintiff

Dated: July 25, 2005

BY: _____
James C. Carignan, Esq.
**PEPPER HAMILTON LLP**
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington DE 19899-1709
Telephone (302)777-6530
Facsimile: (302)421-8390

-AND-

Edward T. Attanasio, Esquire
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
2121 Avenue of the Stars
33rd Floor
Los Angeles, CA 90067-5061

Counsel for Paramount Home Entertainment, Inc. f/k/a Paramount Home Video, Inc.